IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Case No. 4:23-CV-00123-M

| | |
|---|---|
| JESSE FOX, on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> RAINBOW ROADSIDE SERVICES, LLC, et al., <br><br> Defendants. | ORDER |

On June 18, 2024, Defendants' counsel filed a suggestion of bankruptcy. DE 99. The court stays this action pursuant to 11 U.S.C. § 362, pending resolution of the bankruptcy case. The parties shall notify the court within 14 days of settlement or resolution of the bankruptcy case.

Not later than September 20, 2024, the parties shall file a joint status report updating the court on the status of this case and the status of the bankruptcy proceedings. The parties are directed to file a similar joint status report every 120 days thereafter.

SO ORDERED this 20th day of June, 2024.

*Richard E Myers II*

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE